**01–1158.   Cincinnati SMSA L.P. v. Pub. Util. Comm.**

Public Utilities Commission, No. 93–1758–RC–CSS. On motion for leave to intervene as appellee of Westside Cellular, Inc., d.b.a. Cellnet. Motion granted.

RESNICK, J., not participating.

On motion to dismiss of Westside Cellular, Inc., d.b.a. Cellnet. Motion denied.

RESNICK, J., not participating.

**01–1165.   Frenchtown Square Partnership v. Lemstone, Inc.**

Mahoning App. No. 99CA300. On motion to consolidate case with 01–2259, *Frenchtown Square Partnership v. Lemstone, Inc.*, Mahoning App. No. 99CA300. Motion granted.

RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**01–1678.   Luckenbill v. Midwestern Indemn. Co.**

Darke App. No. 01CA1536. On motion to dismiss based on mootness of conflict. Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.

MOYER, C.J., PFEIFER and COOK, JJ., concur but would hold this cause for the decision in 01–1474 and 01–1867, *Hillyer v. State Farm Fire & Cas. Co.*, Cuyahoga App. No. 79176.

LUNDBERG STRATTON, J., dissents and would grant the motion.

**01–1872.   S. Broad Co., Ltd. v. Montgomery Cty. Bd. of Revision.**

Board of Tax Appeals, No. 00–M–2065. *Sua sponte*, cause consolidated with 01–1009, *Cleveland Elec. Illum. Co. v. Lake Cty. Bd. of Revision*, Board of Tax Appeals, Nos. 00–K–1751, 00–K–1752, 00–K–1753, 00–K–1754, 00–K–1755, 00–K–1756, 00–K–1757 and 00–K–1758.

COOK, J., not participating.

**02–20.   State v. Noser.**

Lucas App. No. L–00–1154. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte*, cause held for the decision in 02–201, *State v. Fisher*, Franklin App. No. 01AP–614; briefing schedule stayed.

F.E. SWEENEY, J., concurs but he would not hold this cause for the decision in 02–201.

**02–146.   Gutman v. Feldman.**

Certified State Law Question, No. C301049. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer the question certified by the United States District Court for the Southern District of Ohio, Western Division:

"Can an oral contract constitute a 'security' as that term is defined in Ohio Revised Code [Section] 1707.01(B)?"

Oral argument to be scheduled.

**02–228.   State v. James.**

Franklin App. Nos. 00AP–1174 and 00AP–1175. On motion for leave to file delayed appeal. Motion granted.

RESNICK and F.E. SWEENEY, JJ., dissent.